IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NUTRIEN AG SOLUTIONS,       )
INC.,                       )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:24cv200-MHT
                            )          (WO)
OSCAR HAMILTON,             )
                            )
     Defendant.             )
```

ORDER

It is ORDERED that, by February 14, 2025, plaintiff Nutrien Ag Solutions, Inc. will file a supplemental affidavit regarding its motion for default judgment (Doc. 7). The supplemental affidavit shall clarify the following:

(1) The total amount of interest/finance charges ("interest") that have accrued on the principal as of January 31, 2025.

(2) The court does not understand how the interest was calculated. According to the complaint, as of February 29, 2024, the interest totaled $ 25,253.31.

Compl. (Doc. 1) at ¶ 8.  In an affidavit, Wendy Glass asserted that as of May 31, 2024, the interest totaled $ 31,668.77.  Glass Affidavit (Doc. 7-2) at ¶ 9.  Thus, over three months, $ 6,415.46 of interest accrued.  However, her affidavit also stated that "[i]nterest continues to accrue at the Contract's interest rate of 18 % per annum which is $ 3,217.78 monthly."  *Id.*  If the monthly rate is in fact $ 3,217.78, then $ 9,653.34 should have accrued in interest by May 31, 2024, and the total should have been $ 34,906.65.  It appears to the court that, either the interest rate of 18 % per annum, calculated to be $ 3,217.78 monthly, is incorrect or Glass's calculation of $ 31,668.77 in total interest as of May 31, 2024, is incorrect.  The supplemental affidavit shall clarify the correct interest rate, explain the discrepancy in the initial affidavit, and provide an accounting for the updated calculations.

    DONE, this the 7th day of February, 2025.

                                           <u>/s/ Myron H. Thompson</u>
                                           **UNITED STATES DISTRICT JUDGE**