IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OSCAR HAMILTON, )<br>)<br>Defendant. ) | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 2:24cv200-MHT<br>) (WO)<br>)<br>)<br>) |

DEFAULT JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Nutrien Ag Solutions, Inc.'s motion for default judgment (Doc. 7) is granted.

(2) Judgment is entered for plaintiff Nutrien Ag Solutions, Inc. and against defendant Oscar Hamilton for breach-of-contract damages in the amount of $ 281,843.99; finance charges/interest in the amount that accrued since January 31, 2025; attorneys' fees in the amount of $ 1,761.00; and costs in the amount of

2

$ 773.99.  Plaintiff Nutrien Ag Solutions, Inc. shall have and recover from defendant Hamilton all of these sums.

It is further ORDERED that costs are taxed against defendant Hamilton, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of February, 2025.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**